FALKE, APPELLANT, *v.* CUBBY DRILLING, INC. ET AL., APPELLEES.

[Cite as *Falke v. Cubby Drilling, Inc.* (1998), 81 Ohio St.3d 197.]

(No. 97–1535—Submitted February 4, 1998—Decided March 11, 1998.)

*Ronald E. Slipski; Green, Haines, Sgambati, Murphy & Macala Co., L.P.A.,* and *Elizabeth M. Phillips,* for appellant.

*Garvin & Hickey, LLC, Michael J. Hickey* and *Preston J. Garvin,* for appellee Cubby Drilling, Inc.

The judgment of the court of appeals is reversed on the authority of *Ruckman v. Cubby Drilling, Inc.* (1998), 81 Ohio St.3d 117, 689 N.E.2d 117.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.